FILED USDC FLND PN
MAY 31 '19 AM11:58



PROVIDED TO
SANTA ROSA C.I. ON
MAY 29 2019
FOR MAILING BY
TW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

THIS COURT ALSO HAS SUPPLEMENTAL JURISDICTION OVER THE PLAINTIFFS STATE LAW TORT CLAIMS UNDER 28 USC SECTION 1367

AMENDED COMPLAINT

**TARVIS WILSON**,

**Inmate ID Number: B01216**,

v.

**CASE NO: 5:18-cv-267-MCR/MJF**

CAPTAIN HARRELL,
SERGEANT BROWN,
OFFICER EDENFIELDS,
OFFICER EDWARDS,
.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
MAY 31 '19 PM12:04

**I. PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: TARVIS M. WILSON
Inmate Number: B01216
Prison or Jail: SANTA ROSA CORRECTIONAL INSTITUTION
Mailing address: 5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: HARRELL (WAS A CAPTAIN 12-7-14) (MALE)
Official position: CAPTAIN
Employed at: APALACHEE CORRECTIONAL INSTITUTION
Mailing address: 35 APALACHEE DRIVE
SNEADS, FLORIDA 32460

(2) Defendant's name: BROWN
Official position: SERGEANT (WAS A LIEUTENANT OR CAPTAIN 9-25-15) (MALE)
Employed at: APALACHEE CORRECTIONAL INSTITUTION
Mailing address: 36 APALACHEE DRIVE
SNEADS, FLORIDA 32460

(3) Defendant's name: EDEN FIELDS
Official position: OFFICER (WAS A OFFICER 12-7-14) (MALE)
Employed at: APALACHEE CORRECTIONAL INSTITUTION (HAS LIKE A CROOKED EYE)
Mailing address: 35 APALACHEE DRIVE
SNEADS, FLORIDA 32460

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

II. DEFENDANT(S):

(A) DEFENDANT'S NAME: EDWARDS (MALE)
OFFICIAL POSITION: OFFICER (WAS A SERGEANT 9-25-15) IN Q-DORM
EMPLOYED AT: APALACHEE CORRECTIONAL INSTITUTION (HE FAT) (250+)
MAILING ADDRESS: 35 APALACHEE DRIVE
SNEADS, FLORIDA 32460

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ) No( ✓)

1. Parties to previous action:
   (a) Plaintiff(s): TARVIS WILSON
   (b) Defendant(s): F.D.O.C.
2. Name of judge: CHARLES A. FRANCIS Case #: 2016 CA 000574
3. County and judicial circuit: LEON, 2ND JUDICIAL CIRCUIT
4. Approximate filing date: MAY 1ST, 2016
5. If not still pending, date of dismissal: N-A
6. Reason for dismissal: N-A
7. Facts and claims of case: F.D.O.C. INTENTIONALLY OR UNINTENTIONALLY DISPOSED OF PLAINTIFF'S (PERSONAL) PROPERTY

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ✓) No( )

1. Parties to previous action:
   a. Plaintiff(s): TARVIS M. WILSON
   b. Defendant(s): THOMAS & DONALD
2. District and judicial division: NORTHERN DISTRICT OF FLORIDA / PANAMA CITY
3. Name of judge: CHARLES J. KAHN JR. Case #: 5:15-cv-00193-MP-CJK
4. Approximate filing date: JULY, 2015
5. If not still pending, date of dismissal: N-A
6. Reason for dismissal: N-A

7. Facts and claims of case: ____________________

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ ) No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): STATE OF FLORIDA
   b. Defendant(s): TARVIS M. WILSON
2. District and judicial division: 4TH DISTRICT, 15TH JUDICIAL
3. Name of judge: JOHN KASTRENAKES Case #: 2008CF012010AMB
4. Approximate filing date: OCTOBER 18TH, 2013
5. If not still pending, date of dismissal: N-A
6. Reason for dismissal: N-A
7. Facts and claims of case: 3.850 CHALLENGING CONVICTION

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ) No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): ____________________
   b. Defendant(s): ____________________
2. District and judicial division: ____________________
3. Name of judge: ____________________ Case Docket # ____________
4. Approximate filing date: ____________ Dismissal date: ____________
5. Reason for dismissal: ____________________

6. Facts and claims of case: ______________________________

______________________________

**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

1. THE INCIDENT ADDRESSED HEREIN OCCURRED WHILE PLAINTIFF WAS HOUSED AT APALACHEE CORRECTIONAL INSTITUTION IN THE SHOS CELL.

2. THE DEFENDANTS, AND EACH OF THEM, BEING CERTIFIED OFFICIALS ARE PROCEDURALLY MADE AWARE OF THE FACTS THAT THE AIDING, CONDONING, CONCEALING, DIRECT AND/OR INDIRECT ACT OF PERPETRATING OR FAILING TO INTERVENE AND PREVENT THE KNOWN ABUSE OF PRISONERS, BY STAFF OR PRISONERS, SUBJECTS THEM, TO CO-ACCOUNTABILITY OF THE KNOWN ABUSES.

3. THE DEFENDANTS, AND EACH OF THEM, ARE THEREFORE BEING SUED IN THEIR INDIVIDUAL [illegible] CAPACITIES.

4. AT NO TIME DURING THE INCIDENT DESCRIBED HEREIN, WAS PLAINTIFF IN VIOLATION OF ANY RULE INFRACTIONS, GOVERNING F.D.O.C. PRISONERS TO WARRANT THE ENSUING ABUSES SUFFERED BY PLAINTIFF PERPETRATED BY SAID DEFENDANTS.

5. THE MALICIOUS BATTERY DESCRIBED HEREIN, WAS PERPETRATED IN A SHOS CELL IN MEDICAL THAT WASN'T AT TIME OF THE MALICIOUS BATTERY WASN'T COOVERAGED BY CAMERA'S OR AUDIO.

6. HOWEVER, ON DECEMBER 7TH, 2014, WHILE HOUSED IN MEDICAL SHOS CELL

PLAINTIFF CONFRONTED CAPTAIN HARRELL ABOUT HIM AND OTHER OFFICERS PHYSICALLY ABUSING THE PRISONER IN THE SHOS CELL NEXT TO THE PLAINTIFF.

7. CAPTAIN HARRELL RESPONDED AS "SHUT YOUR MOUTH AND MIND YOUR BUSINESS FOR WE COME IN THERE AND BEAT YOUR A** N*GG*".

8. IN RESPONSE, THE PLAINTIFF STATED, "THATS NOT RIGHT YA'LL OVER THERE BEATING THAT DUDE UP".

9. CAPTAIN HARRELL RESPONDED AS "OKAY WE COMING YOU BETTER BE READY" THEN CAPTAIN HARRELL WALKED AWAY FROM THE FRONT OF PLAINTIFF'S CELL.

10. SOMETIME LATER CAPTAIN HARRELL UNLOCK THE PLAINTIFF'S CELL DOOR MANUALLY AND RANNED IN THE PLAINTIFF'S CELL WITH SERGEANT BROWN, OFFICER EDENFIELDS, OFFICER EDWARDS ACTING IN CONSPIRED CONCERT WITH CO-DEFENDANTS WRONGDOINGS BY MALICIOUSLY BREACHING THE PLAINTIFF'S CELL DOOR, TO ASSIST AND AID DEFENDANTS SERGEANT BROWN, OFFICER EDEN FIELDS AND OFFICER EDWARDS TO ENTER THE PLAINTIFF'S CELL AND MALICIOUSLY BATTER THE PLAINTIFF.

11. DEFENDANT CAPTAIN HARRELL RANNED INTO THE PLAINTIFF'S CELL AND COMMENCED TO UNPROVOKINGLY BEATING AND MALICIOUSLY BATTERING THE PLAINTIFF IN THE FACE & BODY WITH CLOSED FIST AN ONCE I HIT THE GROUND CAPTAIN HARRELL KICKED ME AS WELL; CAPTAIN HARRELL KICKED AND PUNCHED THE PLAINTIFF MORE THAN SIX (6) TIMES IN THE FACE AND BODY.

12. DEFENDANT SERGEANT BROWN RANNED INTO THE PLAINTIFF'S CELL AND COMMENCED TO UNPROVOKINGLY BEATING AND MALICIOUSLY BATTERING THE PLAINTIFF IN THE BODY WHILE THE PLAINTIFF WAS ON THE GROUND SERGEANT BROWN PUNCHED THE PLAINTIFF IN THE BODY WITH CLOSED FIST AND KICKED THE PLAINTIFF IN THE BODY AS WELL; SERGEANT BROWN KICKED AND PUNCHED THE PLAINTIFF MORE THAN SIX (6) TIMES IN THE BODY.

# V. STATEMENT OF FACTS.

13. DEFENDANT OFFICER EDENFIELDS RANNED INTO THE PLAINTIFF'S CELL AND COMMENCED TO UNPROVOKINGLY BEATING AND MALICIOUSLY BATTERING THE PLAINTIFF IN THE **BODY** WHILE THE PLAINTIFF WAS ON THE GROUND OFFICER EDENFIELDS PUNCHED THE PLAINTIFF IN THE BODY WITH CLOSED FIST AND KICKED THE PLAINTIFF IN THE BODY AS WELL; OFFICER EDENFIELDS KICKED AND PUNCHED THE PLAINTIFF MORE THAN SIX (6) TIMES IN THE BODY.

14. DEFENDANT OFFICER EDWARDS RANNED INTO THE PLAINTIFF'S CELL AND COMMENCED TO UNPROVOKINGLY BEATING AND MALICIOUSLY BATTERING THE PLAINTIFF IN THE FACE & HEAD WHILE THE PLAINTIFF WAS ON THE GROUND OFFICER EDWARDS JUMPED ON THE PLAINTIFF AND SLAMMED THE PLAINTIFF FACE INTO THE WALL THEN THE FLOOR AND PUNCHED THE PLAINTIFF IN THE FACE AND HEAD WITH CLOSED FIST; OFFICER EDWARDS PUNCHED THE PLAINTIFF MORE THAN SIX (6) TIMES IN THE FACE & HEAD. BUSTING THE PLAINTIFF'S FACE OPEN AND SPEWING BLOOD ON THE FLOOR AND WALLS IN THE PLAINTIFF'S CELL.

15. EVENTUALLY DEFENDANTS CAPTAIN HARRELL, SERGEANT BROWN, OFFICER EDENFIELDS AND OFFICER EDWARDS, RELINQUISHED THEIR CRIMINAL ACT AFTER MINUTES OF MALICIOUSLY BATTERING THE PLAINTIFF AND LEFT THE PLAINTIFF ON THE FLOOR HURT AND IN PAIN, BLEEDING OUT THE FACE, WITH A FEW LOOSE TEETH, SWOLLEN RIBS, SWOLLEN AND BRUISED LEGS, MIGRAINE HEAD ACHES THAT PERSISTED FOR MONTHS, I SUFFERED A CONCUSSION, TROUBLE BREATHING, FOOT SWOLLEN, COUGHING UP BLOOD, NEEDED STITCHES TO THE FACE FOR THE GASH IN MY FACE, CHEST PAINS; FROM GETTING MY FACE SLAMMED TO THE WALL AN FLOOR, KICKED AND PUNCHED BY THE ABOVE DEFENDANTS, WITH DELIBERATE INDIFFERENCE, AND NEGLECTED TO PROVIDE OR OFFER THE PLAINTIFF WITH ANY ABUSE OF FORCE MEDICAL TREATMENT, AS PRESCRIBED PER RULE OF LAW; FOR THE PLAINTIFF CLEAR VISIBLE INJURIES.

16. ON DECEMBER 8TH, 2014 THE PLAINTIFF REPORTED THE INCIDENTS / CRIMINAL ACTS THAT OCCURRED, TO WHITE SHIRT WILKES OR WILKS THE O.I.C. ON HIS MORNING ROUNDS IN MEDICAL THAT PREVIOUSLY TOOK PLACE DECEMBER 7TH, 2014; YET THE PLAINTIFF WAS STILL COVERED IN BLOOD AND SWOLLEN.

17. ON DECEMBER 8TH, 2014 INSPECTOR FITCH FROM CENTRAL OFFICE CAME TO INVESTIGATE THE CRIMINAL ACT AND WHEN ATTEMPTING TO COMMUNICATE WITH THE PLAINTIFF INITIALLY HE SENT NURSE BROWN TO TELL THE PLAINTIFF THAT IN ORDER FOR THE PLAINTIFF TO TALK TO HIM AND BE INTERVIEWED THE PLAINTIFF HAD TO TAKE A SHOWER FIRST.

18. IN RESPONSE, THE PLAINTIFF IN A DETERMINED TONE STATED TO NURSE BROWN "I WILL TAKE A SHOWER AFTER I AM MEDICALLY EXAMINED AND PICTURES ARE TAKEN OF ME."

19. NURSE BROWN LEFT FROM THE RESPONSE OF THE PLAINTIFF AND INSPECTOR FITCH RETURNED AND THREATEN THE PLAINTIFF THAT HE WOULDN'T INTERVIEW THE PLAINTIFF OR TAKE PICTURES OF THE PLAINTIFF UNLESS THE PLAINTIFF TOOK A SHOWER FIRST.

20. IN RESPONSE, THE PLAINTIFF ASKED INSPECTOR FITCH WHY HE COULDN'T TAKE PICTURES BEFORE HE GOT MEDICALLY EXAMINED AND TAKE A SHOWER.

21. IN RESPONSE, INSPECTOR FITCH STATED THIS ISN'T UP FOR DISCUSSION AND IM NOT ABOUT TO STAND HERE AND ARGUE WITH YOU.

22. ON DECEMBER 8TH, 2014 THE PLAINTIFF WAS ESCORTED FROM THE CELL HE WAS MALICIOUSLY BATTERED IN BY THE DEFENDANTS TO A LOCK AND KEY SHOWER TO SHOWER BEFORE BEING INTERVIEWED BY INSPECTOR FITCH AND THE SAME NURSE.

23. THE PLAINTIFF CLEANSED HIS BODY WITHOUT WASHING HIS FACE THERE-

V. STATEMENT OF FACTS:

FORE THE PICTURES THAT WOULD BE TAKEN WILL SHOW THE ACTUAL BRUISES AND BLOOD ALL OVER THE PLAINTIFF'S FACE DUE TO THE FACT THE BLOOD ON THE PLAINTIFF'S BODY WOULD BE WASHED OFF.

24. AFTER THE PLAINTIFF SHOWERED THE PLAINTIFF WAS ESCORTED TO THE MEDICAL DOCTOR OFFICE TO BE INTERVIEWED AND TOOK PICTURES OF BY INSPECTOR FUTCH.

25. INSPECTOR FUTCH INTERVIEWED THE PLAINTIFF YET REFUSED TO TAKE PICTURES OF THE PLAINTIFF DUE TO THE FACT THE PLAINTIFF DID NOT WASH THE BLOOD OFF HIS FACE.

26. INSPECTOR FUTCH CUT THE INTERVIEW SHORT WITH THE PLAINTIFF FOR CAUSE THE PLAINTIFF WASN'T FOLLOWING THE INSPECTOR'S LEAD ON THE COACHING OF THE INTERVIEW BASED ON HIS TACTIC'S TO ATTEMPT AND COVER-UP THE MALICIOUS BATTERY FOR THE INVOLVED DEFENDANTS.

27. THE PLAINTIFF FILED A TOTAL OF SIX (6) GRIEVANCES CONCERNING THIS MATTER TWO OF THEM TO CENTRAL OFFICE.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

PARAGRAPH "11" IN SECTION V: THE CRIMINAL ACT/ACTIONS THE DEFENDANT CAPTAIN HARRELL DID IN USING FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, OR UNOFFICIALLY AIDING, CONDONING, CONCEALING AND/OR DIRECTLY PERPETUATING THE WANTON AND MALICIOUS BATTERY OF PLAINTIFF DECEMBER 7TH, 2014, WERE DONE MALICIOUSLY AND SADISTICALLY AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION. THE ACTIONS OF DEFENDANT HARRELL INVOLVING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION CONSTITUTED THE (CONTINUATION PAGE(S) 7(a) & (b)

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

PLAINTIFF RESPECTFULLY REQUEST THE COURTS TO GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLARATORY JUDGMENT STATING THAT:

1. THAT DEFENDANT(S) CAPTAIN HARRELL, SERGEANT BROWN, OFFICER EDEN FIELDS & OFFICER EDWARDS VIOLATED PLAINTIFF'S 8TH & 14 AMENDMENT RIGHTS OF THE (CONTINUATION PAGE(S) 7(C))

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

MAY 29, 2019
(Date)

Jarvis Wilson
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 29TH day of MAY, 20 19.

Jarvis Wilson
Signature of Plaintiff

Revised 03/07

# VI. STATEMENT OF CLAIMS:

TORTS OF ASSAULT AND BATTERY UNDER FLORIDA LAW.

PARAGRAPH "12" IN SECTION V.: THE CRIMINAL ACT/ACTIONS THE DEFENDANT SERGEANT BROWN DID IN USING FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, OR UNOFFICIALLY AIDING, CONDONING, CONCEALING AND/OR DIRECTLY PERPETUATING THE WANTON AND MALICIOUS BATTERY OF PLAINTIFF DECEMBER 7, 2014, WERE DONE MALICIOUSLY AND SADISTICALLY AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION. THE ACTIONS OF DEFENDANT SERGEANT BROWN IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION CONSTITUTED THE TORTS OF ASSAULT AND BATTERY UNDER FLORIDA LAW.

PARAGRAPH "13" IN SECTION V.: THE CRIMINAL ACT/ACTIONS THE DEFENDANT OFFICER EDENFIELDS DID IN USING FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, OR UNOFFICIALLY AIDING, CONDONING, CONCEALING AND/OR DIRECTLY PERPETUATING THE WANTON AND MALICIOUS BATTERY OF PLAINTIFF DECEMBER 7, 2014, WERE DONE MALICIOUSLY AND SADISTICALLY AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION. THE ACTIONS OF DEFENDANT OFFICER EDENFIELDS IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION CONSTITUTED THE TORTS OF ASSAULT AND BATTERY UNDER FLORIDA LAW.

PARAGRAPH "14" IN SECTION V.: THE CRIMINAL ACT/ACTIONS THE DEFENDANT OFFICER EDWARDS DID IN USING FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, OR UNOFFICIALLY AIDING, CONDONING, CONCEALING AND/OR DIRECTLY PERPETUATING THE WANTON AND MALICIOUS BATTERY OF PLAINTIFF DECEMBER 7, 2014, WERE DONE MALICIOUSLY AND SADISTICALLY AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

VI. STATEMENT OF CLAIMS:

THE ACTIONS OF DEFENDANT OFFICER EDWARDS IN USING PHYSICAL FORCE AGAINST THE PLAINTIFF WITHOUT NEED OR PROVOCATION CONSTITUTED THE TORTS OF ASSAULT AND BATTERY UNDER FLORIDA LAW.

PARAGRAPH "15" IN SECTION V.: THE DEFENDANTS CAPTAIN HARRELL, SERGEANT BROWN, OFFICER EDENFIELDS & OFFICER EDWARDS, DEPRIVED PLAINTIFF EQUAL PROTECTION AND TREATMENT OF THE LAW, FOR, CALOUSLY, NEGLECTING TO PROVIDE THE PLAINTIFF AN ENVIRONMENT FREE FROM STAFF ABUSE(S) AND ADEQUATE MEDICAL TREATMENT AFTER BEING MALICIOUSLY BATTERED BY DEFENDANTS CAPTAIN HARRELL, SERGEANT BROWN, OFFICER EDENFIELDS & OFFICER EDWARDS IN A MISUSE OF FORCE, DENIED THE PLAINTIFF DUE PROCESS OF LAW IN VIOLATION OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

USC, ALSO COMMITTED ACTS CONSTITUTING ASSAULT & BATTERY, UNDER STATE LAW.

B. AWARD COMPENSATORY DAMAGES AS FOLLOWS:

1. DOLLARS JOINTLY AND SEVERALLY AGAINST DEFENDANTS, AND EACH OF THEM, FOR THE PHYSICAL, PSYCHOLOGICAL AND EMOTIONAL INJURIES SUSTAINED AS A DIRECT RESULT OF THE UNOFFICIAL BEATING (MALICIOUS BATTERY) PLAINTIFF SUFFERED FROM, BY DEFENDANTS CRIMINAL ACTS OF ABUSE.

2. ACCORD COVERAGE COSTS TO DEFENDANTS FOR THE TIME PLAINTIFF SPENT PROSECUTING AND LITIGATING CASE AT 90.00 DOLLARS AN HOUR FOR RESEARCH AND LITIGATION OF THIS COMPLAINT. TOTALING HOURS.

C. AWARD PUNITIVE DAMAGES AS FOLLOWS:

1. DOLLARS AGAINST THE DEFENDANTS, AND EACH OF THEM, FOR THE PHYSICAL, MENTAL AND EMOTIONAL DURESS, PAIN, AGONY AND STRESS AFFLICTED PLAINTIFF, BY THE DEFENDANTS, AS A DIRECT RESULT OF SAID DEFENDANTS CRIMINAL OF ABUSES AND NEGLIGENCE AFFRONTED PLAINTIFF.

D. THAT SUPPOSE THE PLAINTIFF HASNT NAME ALL DEFENDANTS NAMES CORRECTLY THAT THIS COURT ALLOW THE PLAINTIFF TO GET THEM DURING DISCOVERY, THEN ALLOW THE FILING OF A AMENDED COMPLAINT TO CORRECT THE SPELLING OF THE NAMES AND TO PROVIDE THE PROPER NAMES.

TARVIS WILSON
B01216, DORM -7
SANTA ROSA CORRECTIONAL INSTITUTION
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

PENSACOLA
FL 325
30 MAY '19
PM 2 L



CLERK OF COURT
100 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32580

32502-483900