UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TARVIS WILSON,

    Plaintiff,

v.                                      Case No. 5:18cv267-TKW-MJF

HARRELL, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 98) and Plaintiff's objections (Doc. 103). Upon due consideration of the Report and Recommendation, and based on my de novo review of the issues raised in the objections pursuant to Fed. R. Civ. P. 72(b)(3), I agree with the magistrate judge's determination that Plaintiff's motion for a temporary restraining order and a preliminary injunction should be denied.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for a temporary restraining order and a preliminary injunction (Doc. 41) is **DENIED**.

**DONE and ORDERED** this 25th day of January, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**