# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**TARVIS WILSON,**

    **Plaintiff,**

**v.**                                                          Case No. 5:18-cv-267-TKW-MJF

**CHADD HARRELL, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 129). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that there are disputed issues of material fact that preclude entry of summary judgment. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion for summary judgment (Doc. 109) is **DENIED**.

3. This case is recommitted to the magistrate judge to prepare the case for trial

**DONE AND ORDERED** this 9th day of July, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**